UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| GREGORY J. SKIFF,<br><br>Plaintiff,<br><br>v.<br><br>BMW FINANCIAL SERVICES NA, LLC, CENTRAL CREDIT SERVICES LLC and GEICO GENERAL INSURANCE COMPANY,<br><br>Defendants. | Civ. No. 2:18-cv-01690-CCC-SCM<br><br>STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii) |

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above captioned action is voluntarily dismissed, with prejudice, against defendants BMW Financial Services NA, LLC, Central Credit Services LLC and Government Employees Insurance Company named herein as "GEICO General Insurance Company" pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii).

Pro se Plaintiff

By: _____
Gregory J. Skiff
Y8 Farmhouse Lane
Morristown, New Jersey 07960
(T) 201.787.8701
skiffg@outlook.com

SAUL EWING ARNSTEIN & LEHR LLP
Attorneys for Defendant BMW Financial
Services NA, LLC

By: _____
Ryan D. DiClemente
650 College Road East, Suite 4000
Princeton, New Jersey 08540-6617
(T) 609.452.5057
Ryan.Diclemente@saul.com

| | |
|---|---|
| GOVERNMENT EMPLOYEES INSURANCE COMPANY<br>*Defendant*<br><br>By: /s/ Mike Newman<br>Mike Newman, Claims Examiner<br>(T) 800.716.1097 x4464<br>cholman@geico.com | SESSIONS, FISHMAN, NATHAN & ISREAL<br>*Attorneys for Defendant Central Credit Services LLC*<br><br>By: /s/ Aaron R. Easley<br>Aaron R. Easley<br>3 Cross Creek Drive<br>Flemington, New Jersey 08822-4938<br>(T) 908.237.1660<br>aeasley@sessions.legal |